[No. 25303-1-III.  Division Three.  April 29, 2008.]

*In the Matter of the Custody of* B.J.B. ET AL.

DANIEL BARRETT, JR., ET AL., *Respondents*, v. DANIEL BARRETT, SR., *Appellant*, CARMELITA BARRETT, *Respondent.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 05-3-00148-4, Scott R. Sparks, J., entered June 2, 2006. *Affirmed* by unpublished opinion per Stephens, J. Pro Tem., concurred in by Schultheis, C.J., and Sweeney, J. Now published at 146 Wn. App. 1.

[No. 25502-6-III.  Division Three.  April 29, 2008.]

*In the Matter of the Welfare of* C.S.

Appeal from a judgment of the Superior Court for Ferry County, No. 05-7-00023-8, Allen Nielson, J., entered September 8, 2006. *Affirmed* by unpublished opinion per Stephens, J. Pro Tem., concurred in by Schultheis, C.J., and Kulik, J.

[No. 25513-1-III.  Division Three.  April 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN DAVID CRANFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-00215-7, Neal Q. Rielly, J., entered September 15, 2006. *Affirmed* by unpublished opinion per Stephens, J. Pro Tem., concurred in by Brown and Kulik, JJ.

[No. 25853-0-III.  Division Three.  April 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KATRINA ANN DALE, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 06-1-50308-1, Vic L. VanderSchoor, J., entered January 29, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.